FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 15 2017
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:17CR 198 |
| | § | Judge Crone |
| RODOLFO PEREZ (1) | § | |
| EGLAEL SOTO (2) | § | |
| JOSE MARIA LOAIZA-GASPAR (3) | § | |

**NOTICE OF CASE ASSOCIATION**

Pursuant to General Order No. 92-15, it is requested that this case be assigned to the Honorable Judge Marcia A. Crone to whom the following related case is assigned: *U.S. v. Kendrick Wayne Thompson, et al, Case Number 4:17cr165.*

In giving this written notice to the Court and Clerk, I certify that this request for specific judge assignment in lieu of random draw is solely for the intent and purpose specified in General Order No. 92-15.

Signed this the 15th day of November, 2017.

Respectfully submitted,

BRIT FEATHERSTON
Acting United States Attorney

ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)