FILED

FEB 14 2018

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:17CR198 |
| | § | Judge Crone |
| RODOLFO PEREZ (1) | § | |
| EGLAEL SOTO (2) | § | |
| JOSE MARIA LOAIZA-GASPAR (3) | § | |
| a.k.a. "Chema" | § | |
| JOSE DEMETRIO RODRIGUEZ | § | |
| TORRES (4) | § | |
| BENITO PERAZA-GUTIERREZ (5) | § | |
| SHEMA GAITHER (6) | § | |
| KATIE LEE KEYES (7) | § | |
| MARIA CALBAJAL-PONCE (8) | § | |

# FIRST SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime in or about January 2017, and continuously thereafter up to and including ~~November 15, 2017,~~ February 14, 2018 [handwritten initials] in the Eastern District of Texas and elsewhere,

**Rodolfo Perez**
**Eglael Soto**
**Jose Maria Loaiza-Gaspar, a.k.a. "Chema"**
**Jose Demetrio Rodriguez Torres**
**Benito Peraza-Gutierrez**
**Shema Gaither**
**Katie Lee Keyes**
**Maria Calbajal-Ponce**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Two

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Heroin)

That from sometime in or about January 2017, and continuously thereafter up to and including ~~November 15, 2017~~ February 14, 2018, in the Eastern District of Texas and elsewhere,

**Rodolfo Perez**
**Eglael Soto**
**Jose Maria Loaiza-Gaspar, a.k.a. "Chema"**
**Jose Demetrio Rodriguez Torres**
**Benito Peraza-Gutierrez**
**Shema Gaither**
**Katie Lee Keyes**
**Maria Calbajal-Ponce**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Three

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Cocaine)

That from sometime in or about January 2017, and continuously thereafter up to and including ~~November 15, 2017~~ February 14, 2018, in the Eastern District of Texas and elsewhere,

**Rodolfo Perez**
**Eglael Soto**
**Jose Maria Loaiza-Gaspar, a.k.a. "Chema"**
**Jose Demetrio Rodriguez Torres**
**Benito Peraza-Gutierrez**
**Shema Gaither**
**Katie Lee Keyes**
**Maria Calbajal-Ponce**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this First Superseding Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

GRAND JURY FOREPERSON

ALAN R. JACKSON
UNITED STATES ATTORNEY

ERNEST GONZALEZ
Assistant United States Attorney

2-14-18

Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:17CR198 |
| | § | Judge Crone |
| RODOLFO PEREZ (1) | § | |
| EGLAEL SOTO (2) | § | |
| JOSE MARIA LOAIZA-GASPAR (3) | § | |
| a.k.a. "Chema" | § | |
| JOSE DEMETRIO RODRIGUEZ | § | |
| TORRES (4) | § | |
| BENITO PERAZA-GUTIERREZ (5) | § | |
| SHEMA GAITHER (6) | § | |
| KATIE LEE KEYES (7) | § | |
| MARIA CALBAJAL-PONCE (8) | § | |

## Count One

Violation: 21 U.S.C. § 846

Penalty: If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

## Count Two

Violation: 21 U.S.C. § 846

Penalty: If 1 kilogram or more of a mixture or substance containing a detectable amount of heroin -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

## Count Three

Violation: 21 U.S.C. § 846

Penalty: If 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00